[No. 50364-2-I.   Division One.   September 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CARROLL STEPHENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01316-4, William E. Howard, J., entered November 9, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 20043-4-III.   Division Three.   September 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD R. SHEPPARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01609-4, James M. Murphy, J., entered March 12, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20523-1-III.   Division Three.   September 10, 2002.]

ARBORWOOD IDAHO, L.L.C., *Appellant*, v. THE CITY OF KENNEWICK, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-2-00750-3, Robert G. Swisher, J., entered September 6, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ. Now published at 113 Wn. App. 875.

[No. 26815-9-II.   Division Two.   September 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS EDWARD SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00783-1, Gary B. Bashor, J. Pro Tem., entered December 20, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.